USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDRA FINE,

                Plaintiff,

-against-

UNITED STATES OF AMERICA and UNITED
STATES POSTAL SERVICE,

                Defendants.

------------------------------------------------------------------X

17-CV-2607 (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled this matter, the bench trial previously scheduled for **March 3, 2020 at 10:00 a.m.** and all motion deadlines are hereby adjourned *sine die*. It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **March 16, 2020,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must be filed on or before March 16, 2020**; any request filed thereafter may be denied solely on that basis.

**SO ORDERED.**

DATED:    New York, New York
             February 14, 2020

                                                         */s/ Katharine H. Parker*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge